**Order entered February 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00416-CR
No. 05-12-00440-CR

**JOE LOUIS RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-45793-X, F12-00150-X**

## ORDER

By order issued January 31, 2013, the Court filed appellant's briefs in these appeals.

Therefore, appellant's February 12, 2013 motions to extend the time for filing appellant's briefs

are **DENIED AS MOOT**.

/s/     LANA MYERS
         JUSTICE